UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MARK HAMM,<br>Plaintiff,<br>v.<br>SEAN MULLIGAN,<br>Defendant. | Case No. 18-02875 BLF (PR)<br>**ORDER OF DISMISSAL** |

On May 16, 2018, Plaintiff, proceeding *pro se*, filed a single page document alleging actions by staff at Napa State Hospital which resulted in bodily harm. (Docket No. 1.) The Clerk construed this document as an effort to file a civil rights action pursuant to 42 U.S.C. § 1983, and on the same day, sent Plaintiff a notice that he must file a complaint using the proper form within twenty-eight days of the notice. (Docket No. 2.) A copy of the court's form complaint was enclosed with the notice. (*Id.*) Also on the same day, the Clerk sent Plaintiff a separate notice that he needed to either pay the filing fee or file an *In Forma Pauperis* ("IFP") Application, a copy enclosed, within twenty-eight days of the notice to avoid dismissal of the action. (Docket No. 3.)

To date, Plaintiff has filed no response to either of the clerk notices regarding the filing of a proper complaint or an IFP application. Accordingly this action is **DISMISSED**

without prejudice for failure to pay the filing fee.

The Clerk shall terminate all pending motions and deadlines and close the file.

**IT IS SO ORDERED.**

Dated: 6/26/2018

/s/ Beth Labson Freeman
BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.18\02875Hamm_dism-ifp.docx