UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MARK HAMM,<br><br>    Plaintiff,<br><br>    v.<br><br>SEAN MULLIGAN,<br><br>    Defendant. | Case No. 18-02875 BLF (PR)<br><br>**JUDGMENT** |

    The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

    The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 6/26/2018

*[signature]*

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.18\02875Hamm_judgment.docx